COURT OF APPEALS OF VIRGINIA

Present:   Judges Kelsey, Beales and Senior Judge Clements

DEWITT L. FLOURNOY

v.      Record No. 2336-13-2

VIRGINIA EMPLOYMENT COMMISSION
 AND E. F. THOMPSON INC.

MEMORANDUM OPINION[*]
PER CURIAM
NOVEMBER 4, 2014

FROM THE CIRCUIT COURT OF SPOTSYLVANIA COUNTY
David H. Beck, Judge

(DeWitt L. Flournoy, *pro se*, on brief).

(Mark R. Herring, Attorney General; John W. Daniel II, Deputy
Attorney General; Kristina Stoney, Senior Assistant Attorney
General and Chief; Elizabeth B. Peay, Assistant Attorney General,
on brief), for appellee Virginia Employment Commission.

No brief for appellee E. F. Thompson Inc.

DeWitt L. Flournoy appeals the decision by the circuit court affirming a decision by the

Virginia Employment Commission (commission) that he was disqualified for benefits because he

voluntarily left work without good cause.  We have reviewed the record and find that his appeal is

without merit.  Accordingly, we affirm for the reasons stated by the commission in its final opinion,

see Flournoy v. E. R. Thompson Inc., Comm'n Decision UI-1305866 (Apr. 9, 2013), as affirmed by

the circuit court, see Flournoy v. Virginia Emp't Comm'n, Case No. CL13-728 (Nov. 4, 2013).  We

dispense with oral argument and summarily affirm because the facts and legal contentions are

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

adequately presented in the material before this Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>